IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | |
| BYJU'S ALPHA, INC., | Chapter 11 |
| Debtor. | Case No. 24-10140 (BLS) |
| BYJU'S ALPHA, INC., | Adv. Pro. Case No. 25-50526 (BLS) |
| Plaintiffs, | |
| v. | |
| BYJU RAVEENDRAN, DIVYA GOKULNATH, and ANITA KISHORE, | |
| Defendants. | |

### NOTICE OF APPEAL OF BYJU RAVEENDRAN

**PLEASE TAKE NOTICE** that Defendant Byju Raveendran by and through his undersigned counsel, hereby appeals to the United States District Court for the District of Delaware Pursuant to 28 U.S.C. §158(a) and 1292(a)(1), and Rules 8002 and 8003 of the Federal Rules of Bankruptcy Procedure from the *Memorandum Order Denying Motion to Reconsider Order of Contempt Against Byju Raveendran* [Adv. D.I. 142] ("Reconsideration Denial" attached hereto as **Exhibit A**) including, without limitation, any and all orders, judgments, decrees, decisions, rulings and opinions that may subsequently be entered regarding the Reconsideration Denial.

**PLEASE TAKE FURTHER NOTICE** that the names of all parties to the Reconsideration Denial and the names, addresses, and telephone numbers of their attorneys are as follows:

1

| PARTY | ATTORNEYS |
|---|---|
| BYJU's Alpha, Inc., Plaintiff | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>Robert S. Brady (Del. No. 2847)<br>Kenneth J. Enos (Del. No. 4544)<br>Jared W. Kochenash (Del. No. 6557)<br>Timothy R. Powell (Del. No. 6894)<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>rbrady@ycst.com<br>kenos@ycst.com<br>jkochenash@ycst.com<br>tpowell@ycst.com<br><br>and<br><br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>Benjamin Finestone (admitted *pro hac vice*)<br>Kate Scherling (admitted *pro hac vice*)<br>Jordan Nakdimon (admitted *pro hac vice*)<br>295 Fifth Ave.<br>New York, New York 10016<br>Tel.: (212) 849 7000<br>benjaminfinestone@quinnemanuel.com<br>katescherling@quinnemanuel.com<br>jordannakdimon@quinnemanuel.com |
| GLAS Trust Company LLC, Intervenor | PACHULSKI STANG ZIEHL & JONES LLP<br><br>Laura Davis Jones (DE Bar No. 2436)<br>Peter J. Keane (DE Bar No. 5503)<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, Delaware 19801<br>Telephone: (302) 652-4100<br>Email: ljones@pszjlaw.com<br>pkeane@pszjlaw.com<br><br>and |

|  | REED SMITH LLP<br>David A. Pisciotta (admitted *pro hac vice*)<br>Nicholas B. Vislocky (admitted *pro hac vice*)<br>599 Lexington Avenue, 22nd Floor<br>New York, New York 10022<br>Telephone: (212) 521-5400<br>Facsimile: (212) 521-5450<br>Email: dpisciotta@reedsmith.com<br>nvislocky@reedsmith.com<br><br>and<br><br>KIRKLAND & ELLIS LLP<br>KIRKLAND & ELLIS INTERNATIONAL LLP<br>Patrick J. Nash Jr., P.C. (admitted *pro hac vice*)<br>Richard U.S. Howell, P.C. (admitted *pro hac vice*)<br>Ravi Subramanian Shankar (admitted *pro hac vice*)<br>333 West Wolf Point Plaza<br>Chicago, Illinois 60654<br>Telephone: (312) 862-2000<br>Facsimile: (312) 862-2200<br>Email: patrick.nash@kirkland.com<br>rhowell@kirkland.com<br>ravi.shankar@kirkland.com<br><br>-and-<br><br>Brian Schartz, P.C. (admitted *pro hac vice*)<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br>Email: brian.schartz@kirkland.com |
| Divya Gokulnath | O'KELLY & O'ROURKE, LLC<br><br>Daniel P. Hagelberg, Esq. (No. 6813)<br>824 N. Market Street, Suite 1001A<br>Wilmington, DE 19801<br>(302) 778-4000<br>dhagelberg@okorlaw.com |

|  | and<br><br>DRAPER & DRAPER LLC<br><br>Matthew E. Draper (pro hac vice)<br>100 Park Avenue, Suite 1600<br>New York, New York 10017<br>(347) 442-7788<br>matthew.draper@draperllc.com |
|---|---|
| Byju Raveendran | O'KELLY & O'ROURKE, LLC<br><br>Daniel P. Hagelberg, Esq. (No. 6813)<br>824 N. Market Street, Suite 1001A<br>Wilmington, DE 19801<br>(302) 778-4000<br>dhagelberg@okorlaw.com<br><br>and<br><br>DRAPER & DRAPER LLC<br><br>Matthew E. Draper (pro hac vice)<br>100 Park Avenue, Suite 1600<br>New York, New York 10017<br>(347) 442-7788<br>matthew.draper@draperllc.com |
| Anita Kishore | POTTER ANDERSON COROON LLP<br><br>John A. Sensing (No. 5232)<br>James R. Risener III (No. 7334)<br>1313 N. Market Street, 6th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 984-6000<br>Facsimile: (302) 658-1192<br>Email: jsensing@potteranderson.com<br>jrisener@potteranderson.com |

| | |
|---|---|
| **Dated: December 4, 2025** | **O'KELLY & O'ROURKE, LLC** |
| | */s/ Daniel P. Hagelberg* <br> Daniel P. Hagelberg, Esq. (No. 6813) <br> 824 N. Market Street, Suite 1001A <br> Wilmington, DE 19801 <br> (302) 778-4000 <br> dhagelberg@okorlaw.com |
| | **DRAPER & DRAPER LLC** |
| | */s/ Matthew E. Draper* <br> Matthew E. Draper (*pro hac vice*) <br> 100 Park Avenue, Suite 1600 <br> New York, New York 10017 <br> (347) 442-7788 <br> matthew.draper@draperllc.com |
| | *Counsel for Defendants* <br> *Byju Raveendran & Divya Gokulnath* |

5