UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

## APPEAL TRANSMITTAL SHEET

Case Number: 25-50526     BK ◯  AP ⦿

If AP, related BK case number: 24-10140

Title of Order Appealed: Memorandum Order Denying Motion to Reconsider Order of Contempt Against Biju Raveendran

Docket #: 142     Date Entered: 11/20/25

Item Transmitted:

| | | | |
|---|---|---|---|
| ✓ Notice of Appeal (Interlocutory) | Docket #: 156 | Date Filed: 12/4/25 |
| ☐ Amended Notice of Appeal | Docket #: | Date Filed: |
| ☐ Cross Appeal | Docket #: | Date Filed: |
| ✓ Motion for Leave to Appeal | Docket #: 156 | Date Filed: 12/4/25 |
| ☐ Request for Certification of Direct Appeal | Docket #: | Date Filed: |

**Appellant/Cross Appellant:**

Biju Raveendran

**Appellee/Cross Appellee**

BIJU's Alpha, Inc.

**Counsel for Appellant/Cross Appellant:**

Daniel O. Hogelberg
824 N. Market St, Suite 1001A
Wilmington, DE 19801

**Counsel for Appellee/Cross Appellee:**

Robert S. Brady
Kenneth J. Enos
Jared W. Kochenash
1000 N. King St
Wilmington, DE 19801 **

| | | |
|---|---|---|
| Filing fee paid? | Yes ⦿ | No ◯ |
| IFP application filed by applicant? | Yes ◯ | No ⦿ |
| Have additional appeals of the same order been filed? | Yes ◯ | No ⦿ |
| *If Yes, has District Court assigned a Civil Action Number? | Yes ◯ | No ⦿ |
| Civil Action Number: | | |

(continued on next page)

**Notes:** ** Additional attorneys are listed on notice of appeal

(See also Interested party: Intervenor)

*I hereby certify that all designated items are available electronically through CM/ECF.*

**Date:** 12/8/25          **by:** /s/ Kimberly Ross
_____
**Deputy Clerk**

Bankruptcy Court Appeal (BAP) Number:   25-63